IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANDREA WEST FERGUSON**                                                    **PLAINTIFF**

vs.                                        NO. 3:12-CV-00170-BRW

**PROASSURANCE INDEMNITY**                                                  **DEFENDANTS**
**COMPANY, INC., ROBERT L.**
**WARNER, JR., M.D., JONESBORO**
**SURGICAL ASSOCIATES, P.A., ST.**
**BERNARD'S HOSPITAL INC. D/B/A**
**ST. BERNARD'S MEDICAL CENTER,**
**and HEALTHCARE MEDICAL**
**GROUP, INC.**

### MOTION FOR PERMISSION TO NON-SUIT
### SEPARATE DEFENDANT, JONESBORO SURGICAL ASSOCIATES, P,A.

Plaintiff, ANDREA WEST FERGUSON, by and through attorney, Lamar Porter of The Brad Hendricks Law Firm, for her Motion for Permission to Non-Suit as to Defendant(s) Jonesboro Surgical Associates, P.A., states:

That pursuant to Rule 41 of the Federal Rules of Civil Procedure the Plaintiff prays for an Order of this Court granting voluntary non-suit of action against Jonesboro Surgical Associates, P.A..

That the Plaintiff has not heretofore obtained a voluntary non-suit against the Defendant(s) to be dismissed.

WHEREFORE, Plaintiff respectfully requests the Court to grant a non-suit against Jonesboro Surgical Associates, P.A., without prejudice, in the above-entitled cause.

               Respectfully submitted,

               /s/Lamar Porter
               Lamar Porter        A.B.N. 78128
               *lporter@bradhendricks.com*
               The Brad Hendricks Law Firm
               500 C Pleasant Valley Dr.
               Little Rock, AR 72227
               (501) 221-0444
               (501) 661-0196 (Facsimile)

>Thomas T. Dunbar    MSB# 6231
>Dunbar Law Office, PC
>P.O. Box 16369
>Jackson, MS 39236
>(601) 366-3170
>(601) 856-6767 (Facsimile)
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby certify that on January 8, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send notification of such filing to the following:

Paul D. McNeill
Womack, Phelps & McNeill, P.A.
P.O. Box 3077
Jonesboro, AR 72403

Paul Waddell
M. Scott Jackson
Barrett & Deacon, P.A.
P.O. Box 1700
Jonesboro, AR 72403

>/s/Lamar Porter
>Lamar Porter   A.B.N. 78128
>lporter@bradhendricks.com
>The Brad Hendricks Law Firm
>500 C Pleasant Valley Dr.
>Little Rock, AR 72227
>(501) 221-0444
>(501) 661-0196 (Facsimile