IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANDREA WEST FERGUSON**                                                                                 **PLAINTIFF**

**VS.**                                          **3:12-CV-00170-BRW**

**PROASSURANCE INDEMNITY**                                                              **DEFENDANTS**
**COMPANY, INC.,** *et al.*

## ORDER

Plaintiff's Motion for Permission to Non-suit Separate Defendant, Jonesboro Surgical Associates, P.A. (Doc. No. 21) is GRANTED.  Accordingly, Jonesboro Surgical Associates, P.A. is hereby DISMISSED from this action without prejudice.

IT IS SO ORDERED this 10th day of January, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE