IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREA WEST FERGUSON                                              PLAINTIFF

v.                     Case No. 3:12-CV-00170-BRW

PROASSURANCE INDEMNITY COMPANY, INC.,
*ET AL*                                                           DEFENDANTS

## STIPULATION

By stipulation of the parties herein, plaintiff hereby dismisses without prejudice her claims against separate defendants, ProAssurance Indemnity Company, Inc., St. Bernards Hospital, Inc. d/b/a St. Bernards Medical Center and Healthcare Medical Group, Inc. *Fed. R. Civ. P. 41(a)(1)(A)(ii).*

This 30th day of January, 2013.

**DUNBAR LAW OFFICE, P.C.**

/s/ *Thomas T. Dunbar*
Attorneys for Plaintiff

**THE BRAD HENDRICKS LAW FIRM**

/s/ *Lamar Porter*
Attorneys for Plaintiff

**WADDELL, COLE & JONES, P.A.**

/s/ *Paul Waddell*
Attorneys for Defendants, ProAssurance Indemnity Company, Inc., St. Bernards Hospital, Inc. d/b/a St. Bernards Medical Center and Healthcare Medical Group, Inc.

**WOMACK, PHELPS & McNEILL**

s/ *Paul McNeill*
Attorneys for Defendant, Robert L. Warner, Jr., M.D.