UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 21, 2013**

| | |
|---|---|
| Mr. J. Lamar Porter | Mr. Thomas T. Dunbar |
| Brad Hendricks Law Firm | Dunbar Law Office |
| 500 Pleasant Valley Drive | Post Office Box 16369 |
| Suite C | Jackson, Mississippi 39236 |
| Little Rock, Arkansas 72227 | |

Re: *Ferguson v. Proassurance Indemnity Company, Inc., et al.* -- 3:12-CV-00170-BRW

Dear Counsel:

I have received Defendant's Motion in Limine that was filed on Wednesday, February 27, 2013.[1]

I assume that since you have not filed a response,[2] you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Thursday, March 28, 2013, I will grant the motion.

Cordially,

Billy R. Wilson

Original to the Clerk of the Court
cc: Other Counsel of Record

---

[1] Doc. No. 36.

[2] The response was due on Monday, March 18, 2013.