UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 21, 2013**

Mr. J. Lamar Porter  
Brad Hendricks Law Firm  
500 Pleasant Valley Drive  
Suite C  
Little Rock, Arkansas 72227  

Mr. Thomas T. Dunbar  
Dunbar Law Office  
Post Office Box 16369  
Jackson, Mississippi 39236  

Re: *Ferguson v. Proassurance Indemnity Company, Inc., et al.* -- 3:12-CV-00170-BRW

Dear Counsel:

I have received Defendant's Motion in Limine that was filed on Wednesday, February 27, 2013.[1]

I assume that since you have not filed a response,[2] you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Thursday, March 28, 2013, I will grant the motion.

Cordially,

Billy R. Wilson

Original to the Clerk of the Court  
cc: Other Counsel of Record

---

[1] Doc. No. 36.

[2] The response was due on Monday, March 18, 2013.