IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREA WEST FERGUSON                                                                    PLAINTIFF

vs.                                    Case No. 3:12-CV-00170-BRW

ROBERT L. WARNER, JR., M.D.;
AND SURGICAL ASSOCIATES OF JONESBORO, INC.                    DEFENDANTS

# RESPONSE OF SEPARATE DEFENDANT, ROBERT L. WARNER, JR, M.D. TO PLAINTIFF'S MOTION FOR SUBMISSION OF JURY QUESTIONNAIRE

COMES separate defendant, Robert L. Warner, Jr., M.D., and for his response to *Plaintiff's Motion for Submission of Jury Questionnaire* and states:

1. This defendant is not per se opposed to a questionnaire, however, he believes that most of these questions can be handled at voir dire. However, this defendant does object to certain parts of this particular questionnaire because he believes that it invades juror privacies and are too vague.

2. Specifically, this defendant objects to items, 5, 15, 27 and 28 of the proposed questionnaire. As to question 5, this defendant believes the question invades the privacy rights of jurors. As to question 15, it presupposes that the juror has a view about this and, therefore, this defendant feels it is too vague and improper. As to question 27, same premise. It is not the real question, the question is "can they follow the law; can they award damages for mental anguish under the facts and circumstances of the case, "not any opinion about mental anguish." As to question 28, as the Court knows under no system are the jurors going to know the record of other incidences of malpractice, and these terms are not defined for them. It is just an improper question.

10D1575.WPD

WHEREFORE, this defendant prays that the plaintiff's motion as stated be denied and for all other proper relief.

>Paul D. McNeill (79206)
>WOMACK, PHELPS & McNEILL, P.A.
>Post Office Box 3077
>Jonesboro, AR 72403-3077
>(870) 932-0900
>
>By: _____
>   *Attorneys for Separate Defendant*
>   *Robert L. Warner, Jr., M.D.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2013, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, and the following attorneys of record were served through notice of electronic filing:

Mr. J. Lamar Porter
BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive
Little Rock, AR 72227

and

Mr. Thomas Dunbar
DUNBAR LAW OFFICE, P.C.
Post Office Box 1639
Jackson, MS 39236-6369

   *Attorneys for Plaintiff*

Mr. Paul Waddell
WADDELL, COLE & JONES, P.A.
Post Office Box 1700
Jonesboro, AR 72403-1700

   *Attorneys for Surgical Associates of Jonesboro, Inc.*

_____
Paul McNeill