IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREA WEST FERGUSON                                                PLAINTIFF

v.                        Case No. 3:12-CV-00170-BRW

ROBERT L. WARNER, JR., M.D., and
SURGICAL ASSOCIATES OF JONESBORO, INC.                              DEFENDANTS

**RULE 10(c) MOTION TO ADOPT RESPONSE OF
ROBERT L. WARNER, JR., M.D. TO PLAINTIFF'S
MOTION FOR SUBMISSION OF JURY QUESTIONNAIRE**

Comes separate defendant, Surgical Associates of Jonesboro, Inc., and for its motion to adopt, states:

1.  Separate defendant, Robert L. Warner, Jr., M.D., has filed a Response to Plaintiff's Motion for Submission of Jury Questionnaire which was filed of record on March 11, 2013.  The response is well stated and should be granted.

2.  Pursuant to Fed. R. Civ. P. 10(c), this defendant adopts the same as though set forth herein word for word.

WHEREFORE, separate defendant, Surgical Associates of Jonesboro, Inc., prays that the referenced response to motion for submission of jury questionnaire be granted, and for all other just and proper relief.

Respectfully Submitted,

Paul D. Waddell (87179)
WADDELL, COLE & JONES, P.A.
P.O. Box 1700
Jonesboro, AR 72403
(870) 931-1700


By: /s/ Paul D. Waddell
     Attorneys for Defendant, Surgical
     Associates of Jonesboro, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system, and the following attorneys of record were served through notice of electronic filing:

Mr. Thomas Dunbar
DUNBAR LAW OFFICE
P.O. Box 1639
Jackson, MS  39236

Mr. Lamar Porter
BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive
Little Rock, AR  72201

Mr. Paul McNeill
WOMACK, PHELPS & McNEILL
P.O. Box 3077
Jonesboro, AR 72403

on this 22nd day of March, 2013

/s/ Paul D. Waddell
Paul D. Waddell