**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ANDREA WEST FERGUSON**                                                          **PLAINTIFF**

**vs.**                          **NO. 3:12-CV-00170-BRW**

**ROBERT L. WARNER, JR., M.D., and**                              **DEFENDANTS**
**SURGICAL ASSOCIATES OF
JONESBORO, INC.**

**MOTION FOR PERMISSION TO NON-SUIT SEPARATE DEFENDANT,
SURGICAL ASSOCIATES OF JONESBORO**

Come the Plaintiff, Andrea West Ferguson, by and through counsel, The Brad Hendricks Law Firm and Thomas Dunbar, and for her Motion states:

1. That pursuant to Rule 41 of the Federal Rules of Civil Procedure the Plaintiff prays for an Order of this Court granting voluntary non-suit of action against Surgical Associates of Jonesboro.

2. That the Plaintiff has not heretofore obtained a voluntary non-suit against the Defendant to be dismissed.

WHEREFORE, Plaintiff respectfully requests the Court to grant a non-suit against Surgical Associates of Jonesboro, without prejudice, in the above-entitled cause.

                                                        Respectfully submitted,

                                                        /s/Lamar Porter
                                                        Lamar Porter    A.B.N. 78128
                                                        *lporter@bradhendricks.com*
                                                        The Brad Hendricks Law Firm
                                                        500 C Pleasant Valley Dr.
                                                        Little Rock, AR 72227
                                                        (501) 221-0444
                                                        (501) 661-0196 (Facsimile)

                                                        Thomas T. Dunbar    MSB# 6231
                                                        Dunbar Law Office, PC
                                                        P.O. Box 16369
                                                        Jackson, MS 39236
                                                        (601) 366-3170
                                                        (601) 856-6767 (Facsimile)

                                                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, hereby certify that on March 27, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send notification of such filing to the following:

Paul D. McNeill
Womack, Phelps & McNeill, P.A.
P.O. Box 3077
Jonesboro, AR 72403

Paul Waddell
M. Scott Jackson
Barrett & Deacon, P.A.
P.O. Box 1700
Jonesboro, AR 72403

                                                    /s/Lamar Porter
                                               Lamar Porter   A.B.N. 78128
                                               *lporter@bradhendricks.com*
                                               The Brad Hendricks Law Firm
                                             500 C Pleasant Valley Dr.
                                             Little Rock, AR 72227
                                             (501) 221-0444
                                             (501) 661-0196 (Facsimile