**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ANDREA WEST FERGUSON**                                                     **PLAINTIFF**

vs.                                  **Case No. 3:12-CV-00170-BRW**

**ROBERT L. WARNER, JR., M.D.**                                      **DEFENDANTS**

## NOTICE OF SETTLEMENT

Come the Plaintiff, Andrea West Ferguson, by and through counsel, The Brad Hendricks Law Firm and Thomas Dunbar, and for her Notice of Settlement states:

1. The parties settled this matter at mediation on April 11, 2013.

2. The parties will be submitting a Motion to Dismiss in the near future.

3. The parties would request this matter be removed from the docket on April 23, 2013.

                                                        Respectfully submitted,

                                                        /s/Lamar Porter
                                                        Lamar Porter       A.B.N. 78128
                                                        *lporter@bradhendricks.com*
                                                        The Brad Hendricks Law Firm
                                                        500 C Pleasant Valley Dr.
                                                        Little Rock, AR 72227
                                                        (501) 221-0444
                                                        (501) 661-0196 (Facsimile)

                                                        Thomas T. Dunbar      MSB# 6231
                                                        Dunbar Law Office, PC
                                                        P.O. Box 16369
                                                        Jackson, MS 39236
                                                        (601) 366-3170
                                                        (601) 856-6767 (Facsimile)

                                                        *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, hereby certify that on April 12, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send notification of such filing to the following:

Paul D. McNeill
Womack, Phelps & McNeill, P.A.
P.O. Box 3077
Jonesboro, AR 72403

       /s/Lamar Porter
Lamar Porter   A.B.N. 78128
*lporter@bradhendricks.com*
The Brad Hendricks Law Firm
500 C Pleasant Valley Dr.
Little Rock, AR 72227
(501) 221-0444
(501) 661-0196 (Facsimile)