**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ANDREA WEST FERGUSON**                                                      **PLAINTIFF**

**VS.**                                         **3:12-CV-00170-BRW**

**ROBERT L. WARNER, JR., M.D.**                                              **DEFENDANT**

## ORDER

Pending is a Joint Motion for Dismissal (Doc. No. 60).  The parties state that a settlement

was reached and request that this case be dismissed.  Accordingly, the Motion is GRANTED,

and this case is DISMISSED with prejudice.

The Court retains jurisdiction to enforce the terms of the settlement agreement, and, if

necessary, vacate this order and reopen this action for good cause shown.

IT IS SO ORDERED this 9th day of May, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE